No. 9004. STATE ex rel. ARNOLD OLSEN, etc., Relator, v. THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT of the STATE OF MONTANA, In and For the

COUNTY OF SILVER BOW, ET AL., RESPONDENTS.
220 Pac. (2d) 488.

Decided August 1, 1950.

*Arnold H. Olsen,* Atty. Gen., *William H. Coldiron* and *Phillip O'Donnell,* Assistants Atty. Gen., for Relator.

Writ denied.